UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-0816 (BAH) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' joint status report, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties shall file their next joint status report on or before _____, 2025, and every \_\_\_\_ days thereafter.

SO ORDERED:

_____            _____
Dated                                                                              United States District Judge