UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEFENSE OF FREEDOM INSTITUTE FOR POLICY STUDIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF EDUCATION, <br><br> Defendant. | Civil Action No. 24-0816 (BAH) |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT STATUS REPORT**

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to file the next joint status report in this matter by thirteen days—*i.e.*, until May 29, 2025. The parties met and conferred and Plaintiff consents to the relief requested within. The grounds for this motion are as follows.

Pursuant to the Court's March 17, 2025, Minute Order, the parties are to file another joint status report in this matter by May 16, 2025. However, undersigned counsel for Defendant will be on leave from May 14 through May 20 and will need time after she returns to catch up on the work she was unable to attend to during that time. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording the parties a period of additional time to further discuss this matter and draft a joint status report that will be informative for the Court.

WHEREFORE, Defendant respectfully requests that the deadline to file the next joint status report be extended through and including May 29, 2025. A proposed order is enclosed herewith.

Dated: May 9, 2025                              Respectfully submitted,

EDWARD R. MARTIN, D.C. Bar #481866
United States Attorney

By: /s/ *Kaitlin K. Eckrote*
KAITLIN K. ECKROTE
D.C. Bar #1670899
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530
(202) 252-2485
Kaitlin.eckrote@usdoj.gov

*Counsel for the United States of America*